

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

REGINALD MCFADDEN,

                                        Plaintiff,

                        -v.-

ROCKLAND COUNTY; TOWN OF CLARKSTOWN;
JAMES KRALIK, Sheriff; NICHOLAS SOLFARO,
Superintendent; ANTHONY FARINA, Captain; WILLIAM
CLARK; LT. LISKA; CHRISTOPHER FALCO; DETECTIVE
FALCO; JOANA M. GARY; CRAIG E. JOHNS; DEPUTY
SUPT. TRACY,

                                        Defendants.

9: 03-CV-1002
(FJS)(DEP)

APPEARANCES:

REGINALD MCFADDEN
Plaintiff, *pro se*
95-A-6279
Clinton Correctional Facility
Box 2001
Dannemora, New York  12929-2001

DAVID E. PEEBLES, MAGISTRATE JUDGE

### ORDER

       In accordance with and pursuant to the authority of the provisions of 28 U.S.C. §

636(b) and Rule 72.3(c) of the Local Rules of Practice of this District, the Clerk of the

Court has sent to the Court a civil rights complaint filed by Reginald McFadden ("plaintiff"

or "McFadden"), who is presently confined at Clinton Correctional Facility.  McFadden has

paid the filing fee for this action.

       In his *pro se* complaint, McFadden alleges that while he was incarcerated at

Rockland County Correctional Facility he was the victim of false charges, subjected to

disciplinary confinement without due process, and maliciously prosecuted.  For a more

complete statement of plaintiff's claims, reference is made to the entire complaint.

Since the acts complained of herein relate to conduct that allegedly occurred in Rockland County, which is located in the Southern District of New York, this Court hereby transfers this action to that District.  *See* 28 U.S.C. § 1404.

WHEREFORE, it is hereby

ORDERED, that the Clerk of Court transfer this matter to the United States District Court for the Southern District of New York pursuant to Local Rule 83.6(a) of the Northern District of New York, and it is further

ORDERED, that ten (10) days after the date of the service of this Order, the Clerk shall mail to the Clerk of the Southern District of New York certified copies of this Order, the docket entries in this case, and the originals of all papers on file in this case except for the instant Order, and it is further

ORDERED, that the Clerk serve a copy of this Order on the plaintiff by regular mail.

IT IS SO ORDERED.

David E. Peebles
U.S. Magistrate Judge

Dated:        September  11  , 2003
              Syracuse, New York

2